No. 11,495.

## JONES, ADMINISTRATRIX, *v.* MATHEY.

From the Harrison Circuit Court.

*N. R. Peckinpaugh, W. T. Zenor* and *S. J. Wright,* for appellant.

*W. N. Tracewell* and *R. J. Tracewell,* for appellee.

BLACK, C.—The questions involved in this case are like those decided

in *Jones* v. *Jones, ante,* p. 188, and upon the authority of that case the judgment should be reversed.

PER CURIAM.—It is ordered that the judgment be reversed, and the cause is remanded for a new trial.

Filed Sept. 20, 1884,